**Lynne B. Morgan, OSB 89099**
lbmorgan@worldnet.att.net
1 SW Columbia, Suite 1110
Portland, OR 97258
Telephone: 503/417-4476
Facsimile: 503/227-7829

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VAN BRINK ET. AL,<br><br>Defendants. | No. CR 01-321 KI<br><br>Motion for Order Authorizing the Deposition of John "Hans" Zuercher Pursuant to Federal Rule of Criminal Procedure 15<br><br>**Hearing Requested** |

COMES NOW defendant, Laurent E. Barnabe, by and through counsel, on behalf of all Defendants, and, pursuant to Federal Rule of Criminal Procedure 15, hereby moves this Court for an order authorizing the taking of the deposition of John "Hans" Zuercher. This motion is based on the affidavit of counsel, attached to this motion and incorporated by reference herein, and the separately filed Memorandum of Law in Support of Motions for Depositions Pursuant to Federal Rule of Criminal Procedure 15, also incorporated by reference herein.

RESPECTFULLY SUBMITTED this 19th day of May, 2006.

Lynne B. Morgan, OSB #89099
Attorney for Laurent E. Barnabe

*United States v. Brink et. al*
USDC *Oregon CR 01-321KI*
   SOLO -   Motion for Order Authorizing the Deposition of John "Hans" Zuercher Pursuant to Federal Rule of Criminal Procedure 15

# CERTIFICATE OF SERVICE

I hereby certify that on 19 May 2006, I served a copy of the foregoing:

*Motion for Order Authorizing the Deposition of John "Hans" Zuercher Pursuant to Federal Rule of Criminal Procedure 15*

on counsel for each defendant and the government by mailing to said attorney a copy by First Class Mail, postage paid, deposited in the United States Mail at Portland, Oregon, addressed to said attorney at his/her last known address listed below, or by personally delivering to said attorney:

**Attorneys for the Government:**
Claire Fay
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, OR 97204

Kent Robinson
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, OR 97204

**Attorneys for Laurent Barnabe:**
Lynne B. Morgan
Attorney at Law
1 SW Columbia Street, Suite 1110
Portland, OR 97258

Douglas Stringer
Attorney at Law
1211 SW 5th Ave Ste 2950
Portland OR 97204

*United States v. Brink et. al*
*USDC Oregon CR 01-321KI*
    Page 1 of 2 -   Certificate of Service –
LAURIE SHERTZ LLC, OSB #96477
121 SW SALMON STREET, SUITE 1420 • PORTLAND, OR 97204
503-222-2510 • e: Laurie@LShertzlaw.com

**Attorneys for Rita Regale:**
Philip A. Lewis
Attorney at Law
111 SW Fifth Avenue, Suite 1650
Portland, OR 97204

Gail Meyer
Attorney at Law
3933 NE 32nd Place
Portland, OR 97212

**Attorneys for Robert Skirving:**
Kristen Winemiller
Attorney at Law
1420 World Trade Center
121 SW Salmon Street
Portland, OR 97204

Jacob Wieselman
Attorney at Law
1420 World Trade Center
121 SW Salmon Street
Portland, OR 97204

**Attorneys for Douglas Ferguson:**
Thomas Coan
Attorney at Law
621 SW Morrison St., Suite 1150
Portland, OR 97205

Laurie Shertz
Attorney at Law
121 SW Salmon, 11th Floor
Portland, OR 97204

_____
LAURIE SHERTZ, LLC, OSB #96477
Attorney for Douglas Ferguson

*United States v. Brink et. al*
*USDC Oregon CR 01-321KI*
    Page 2 Certificate of Service

LAURIE SHERTZ LLC, OSB #96477
121 SW SALMON STREET, SUITE 1420 • PORTLAND, OR 97204
503-222-2510 • e: Laurie@LShertzlaw.com