Gail L. Meyer
glmcj@nwlink.com
Attorney at Law
3933 N.E. 32nd Place
Portland, OR 97212
Telephone: (503) 282-8635
Facsimile: (503) 282-0354

Of Attorneys for Defendant Rita Regale

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VAN BRINK ET. AL,<br><br>Defendants. | No. CR 01-321 KI<br><br>Motion to Compel Government to Utilize M.L.A.T. to Secure Deposition Testimony of Teddy St. Louis, L.LB (Hons)<br><br>**Hearing Requested** |

COMES NOW defendants Rita Regale, Douglas Ferguson, Robert Skirving and Laurent Barnabe, through undersigned counsel, and moves this Court for an order compelling the government to exercise its authority under the United States – Grenada Treaty on Mutual Legal Assistance in Criminal Matters ["MLAT"] to compel Teddy St. Louis, L.LB (Hons) to appear at a deposition in Grenada in accordance with procedures set forth in Defendants' Motion for Depositions Pursuant to F.R.Cr.P. 15(a).

//

*United States v. Brink et. al*
*USDC Oregon CR 01-321KI*

Page 1 -   Motion to Compel Government to Utilize M.L.A.T. to Secure
            Deposition Testimony Teddy St. Louis, L.LB (Hons)

Gail L. Meyer, Attorney at Law
3933 N.E. 32nd Place
Portland, OR 97212

533

This motion is based upon Defendants' rights of compulsory process, right to fair trial, and effective representation of counsel protected by the Sixth Amendment and the right to due process as protected by the Fifth Amendment. It is supported by the *Memorandum of Law in Support of Defendants' Motion to Compel Government to Exercise Powers Under M.L.A.T. to Compel Depositions of Foreign Witnesses,* filed contemporaneously and incorporated herein.

Respectfully Submitted this 19th day of May, 2006.

_____
Gail L. Meyer, OSB No. 81143
Attorney for Defendant Regale

*United States v. Brink et. al*
*USDC Oregon CR 01-321KI*

Page 2 -   Motion to Compel Government to Utilize M.L.A.T. to Secure
           Deposition Testimony of Teddy St. Louis, L.LB (Hons)

Gail L. Meyer, Attorney at Law
3933 N.E. 32nd Place
Portland, OR  97212

# CERTIFICATE OF SERVICE

I hereby certify that on 19 May 2006, I served a copy of the foregoing:

*Motion to Compel Government to Utilize MLAT to Secure Deposition Testimony of Teddy St. Louis, L.LB (Hons)*

on counsel for each defendant and the government by mailing to said attorney a copy by First Class Mail, postage paid, deposited in the United States Mail at Portland, Oregon, addressed to said attorney at his/her last known address listed below, or by personally delivering to said attorney:

**Attorneys for the Government:**

Claire Fay
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, OR 97204

Kent Robinson
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, OR 97204

**Attorneys for Laurent Barnabe:**

Lynne B. Morgan
Attorney at Law
1 SW Columbia Street, Suite 1110
Portland, OR 97258

Douglas Stringer
Attorney at Law
1211 SW 5th Ave Ste 2950
Portland OR 97204

**Attorneys for Rita Regale:**

Philip A. Lewis
Attorney at Law
111 SW Fifth Avenue, Suite 1650
Portland, OR 97204

Gail Meyer
Attorney at Law
3933 NE 32nd Place
Portland, OR 97212

*United States v. Brink et. al*
*USDC Oregon CR 01-321KI*

Page 1  -   Certificate of Service

LAURIE SHERTZ LLC, OSB #96477
121 SW SALMON STREET, SUITE 1420  ·  PORTLAND, OR  97204
503-222-2510  ·  e: Laurie@LShertzlaw.com

**Attorneys for Robert Skirving:**

Kristen Winemiller
Attorney at Law
1420 World Trade Center
121 SW Salmon Street
Portland, OR 97204

Jacob Wieselman
Attorney at Law
1420 World Trade Center
121 SW Salmon Street
Portland, OR 97204

**Attorneys for Douglas Ferguson:**

Thomas Coan
Attorney at Law
621 SW Morrison St., Suite 1150
Portland, OR 97205

Laurie Shertz
Attorney at Law
121 SW Salmon, 11th Floor
Portland, OR 97204

_____
LAURIE SHERTZ, LLC, OSB #96477
Attorney for Douglas Ferguson

*United States v. Brink et. al*
*USDC Oregon CR 01-321KI*

   Page 2 -   Certificate of Service