Laurie Shertz LLC, OSB 96477
e: Laurie@LShertzlaw.com
121 SW Salmon, 11th Floor
Portland, OR 97204
tel: 503/471-1332
fax: 503/296-5669
Attorney for Douglas Ferguson

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 01-321 KI |
| Plaintiff, | |
| vs. | Motion for Issuance of Letter Rogatory to Grenada for the Deposition of Pauline Radix |
| VAN BRINK ET. AL, | |
| Defendants. | **Hearing Requested** |

The defendant Douglas Ferguson, through his attorneys Thomas Coan and Laurie Shertz, along with the attorneys for codefendants Rita Regale, Robert Skirving, and Laurent Barnabe, move this Court for the issuance of Letter Rogatory to Grenada for a Rule 15 perpetuation deposition of Pauline Radix. This motion is based on the attached memorandum, the memorandums submitted in support of the Motion for Order

//

*United States v. Brink et. al*
*USDC Oregon CR 01-321KI*
  Page 1 -   Motion for Issuance of Letter Rogatory to Grenada
           For the Deposition of Pauline Radix
           LAURIE SHERTZ LLC, OSB #96477
  121 SW SALMON STREET, SUITE 1420 • PORTLAND, OR 97204
       503-222-2510 • e: Laurie@LShertzlaw.com

Allowing Depositions Pursuant to Rule 15, the Motion to Compel Government to Utilize MLAT, and supported by the information contained in the individual Proposed Letter Rogatory for this witness.

Respectfully Submitted this 19th day of May, 2006.

_____
LAURIE SHERTZ, LLC, OSB #96477
Attorney for Douglas Ferguson

*United States v. Brink et. al*
*USDC Oregon CR 01-321KI*
Page 2 -    Motion for Issuance of Letter Rogatory to Grenada
            For the Deposition of Pauline Radix
                LAURIE SHERTZ LLC, OSB #96477
        121 SW SALMON STREET, SUITE 1420 • PORTLAND, OR 97204
            503-222-2510 • e: Laurie@LShertzlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on 19 May 2006, I served a copy of the foregoing:

*Motion to Issue Letter Rogatory for Deposition of Pauline Radix*

on counsel for each defendant and the government by mailing to said attorney a copy by First Class Mail, postage paid, deposited in the United States Mail at Portland, Oregon, addressed to said attorney at his/her last known address listed below, or by personally delivering to said attorney:

**Attorneys for the Government:**

| | |
|---|---|
| Claire Fay | Kent Robinson |
| Assistant United States Attorney | Assistant United States Attorney |
| 1000 SW Third Avenue, Suite 600 | 1000 SW Third Avenue, Suite 600 |
| Portland, OR 97204 | Portland, OR 97204 |

**Attorneys for Laurent Barnabe:**

| | |
|---|---|
| Lynne B. Morgan | Douglas Stringer |
| Attorney at Law | Attorney at Law |
| 1 SW Columbia Street, Suite 1110 | 1211 SW 5th Ave Ste 2950 |
| Portland, OR 97258 | Portland OR 97204 |

**Attorneys for Rita Regale:**

| | |
|---|---|
| Philip A. Lewis | Gail Meyer |
| Attorney at Law | Attorney at Law |
| 111 SW Fifth Avenue, Suite 1650 | 3933 NE 32nd Place |
| Portland, OR 97204 | Portland, OR 97212 |

*United States v. Brink et. al*
*USDC Oregon CR 01-321KI*

Page 1 -    Certificate of Service

**Attorneys for Robert Skirving:**

| | |
|---|---|
| Kristen Winemiller | Jacob Wieselman |
| Attorney at Law | Attorney at Law |
| 1420 World Trade Center | 1420 World Trade Center |
| 121 SW Salmon Street | 121 SW Salmon Street |
| Portland, OR 97204 | Portland, OR 97204 |

**Attorneys for Douglas Ferguson:**

| | |
|---|---|
| Thomas Coan | Laurie Shertz |
| Attorney at Law | Attorney at Law |
| 621 SW Morrison St., Suite 1150 | 121 SW Salmon, 11th Floor |
| Portland, OR 97205 | Portland, OR 97204 |

*[signature]*

_____
LAURIE SHERTZ, LLC, OSB #96477
Attorney for Douglas Ferguson

*United States v. Brink et. al*
*USDC Oregon CR 01-321KI*
    Page 2 -    Certificate of Service

LAURIE SHERTZ LLC, OSB #96477
121 SW SALMON STREET, SUITE 1420 • PORTLAND, OR 97204
503-222-2510 • e: Laurie@LShertzlaw.com